IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA            *
                                    *
        v.                          *        CR 119-012
                                    *
WILTON CLINTON MEEKS III            *

O R D E R

Before the Court in the captioned case is Defendant Wilton Clinton Meeks III's counseled motion to terminate his probationary term. In consideration of the premises stated therein and the factors set forth in 18 U.S.C. § 3553(a), with the Government's support thereof, and upon the recommendation of the United States Probation Office, the motion for early termination of Defendant's probation term (doc. 23) is **GRANTED**. Defendant Wilton Clinton Meeks III is hereby discharged from probation upon entry of this Order. The Clerk is directed to send a copy of this Order to Ms. Lori Mitchell of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this _12th_ day of November, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA